IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| McAFEE ENTERPRISES, INC., <br><br> Plaintiff, <br> v. <br><br> MILLENIAL ESPORTS CORP., <br><br> Defendant. | CASE NO.: 19-cv-5166 <br><br> **JURY TRIAL DEMANDED** |

**COMPLAINT**

Plaintiff McAfee Enterprises, Inc. ("McAfee"), by and through its undersigned attorneys, for its complaint against Millennial Esports Corp., hereby alleges as follows:

**NATURE OF THE LAWSUIT**

1. This is an action for trademark infringement and unfair competition in violation of Sections 32(1) and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a).

2. Plaintiff McAfee owns the registered trademark WORLDS FASTEST DRUMMER®, Registration Nos. 3,340,556 and 5,539,532, which it has used in commerce in the United States in connection with video games since at least 2002. Plaintiff McAfee also owns common law rights in the trademarks WORLD'S FASTEST GAMER™ and WFG™, which it has used in commerce in the United States in connection with online video games since at least 2008.

3. Defendant Millennial has infringed McAfee's trademark rights by using the term WORLD'S FASTEST GAMER in the promotion of its video games and online video competitions. McAfee has advised Millennial of McAfee's trademark rights, but Millennial has

1

refused to stop using the term WORLD'S FASTEST GAMER for the promotion of video games and online video competitions. McAfee seeks an injunction to stop Millennial from continuing to infringe and use McAfee's trademarks, damages and all other appropriate relief.

## PARTIES

4. Plaintiff McAfee is a corporation organized under the laws of the state of Tennessee with a principal place of business located at 205 Mitchell Road, Portland, Tennessee 37148.

5. Defendant Millennial is a corporation organized under the laws of the Canadian province of Ontario with a principal place of business located at 2982 Bloor St. West, 2nd Floor, Toronto, Ontario, Canada M8X-1B9.

## JURISIDICTION AND VENUE

6. This Court has subject matter jurisdiction over McAfee's claims in this action pursuant to 15 U.S.C. § 1121 which provides United States district courts with original jurisdiction over cases brought under the Lanham Act without regard to the amount in controversy or the diversity of the parties.

7. Venue is proper in this district pursuant to 28 U.S.C. § 1391(c)(3) because Millennial is a defendant not resident in the United States, and may be sued in any judicial district.

## ALLEGATIONS COMMON TO ALL COUNTS

8. Boo McAfee, president of McAfee Enterprises, Inc., pioneered the concept of high-speed drumming competitions. In 1999, Mr. McAfee filed for a patent on an electric drum stroke counting machine and was awarded United States Patent No. 6,545,207 on the device, which became known as the Drumometer™. In addition to selling the patented Drumometer™,

Mr. McAfee began promoting the device for use in live high-speed drumming competitions, which McAfee called WORLDS FASTEST DRUMMER® competitions. Beginning in 2003, these high-speed competitions became a featured attraction at biannual National Association of Music Merchants ("NAMM") conventions. In addition, McAfee began licensing the Drumometer™ and WORLDS FASTEST DRUMMER® promotional material for use at school fundraisers, music expos, business marketing events, festivals and other special events. McAfee acquired and owns the website domain www.worldsfastestdrummer.com. Today, WORLDS FASTEST DRUMMER® competitions and live events are regularly held all over the world.

9. In addition to live events, McAfee also developed and marketed a video arcade game under the WORLDS FASTEST DRUMMER® trademark that utilized McAfee's electronic drum beat counting technology. The WORLDS FASTEST DRUMMER® video arcade game, shown below, also counts drum strokes on a drum pad and allows payers to compete to determine who is a faster drummer.



3

10. In 2007, McAfee registered the mark WORLDS FASTEST DRUMMER®, Registration No. 3,340,556, for use in connection with "video and computer games cartridges and disks" and "providing of computer and video games online." In 2018, McAfee also registered WORLD'S FASTEST DRUMMER®, Registration No. 5,539,532, for use in connection with "video arcade games."

11. In 2008, McAfee developed an online video computer game that simulated live high-speed drumming, using a player's keystrokes as a substitute for drum strokes, and showing a cartoon drummer striking a simulated Drumometer™. To promote its new game, McAfee acquired and continues to own the website domain www.worldsfastestgamer.com. McAfee referred to the video game as the WORLD'S FASTEST GAMER™ video game, or abbreviated the name as WFG™.

12. McAfee has used the WORLD'S FASTEST GAMER™ and WFG™ trademarks continuously since 2008 to market, promote and distinguish computer games played online that are produced by McAfee. McAfee continues to use the WORLD'S FASTEST GAMER™ and WFG™ trademarks to market and promote online video games and competitions, also known as esports. Although originally based on only high-speed competitive drumming, McAfee now plans to move into other competitive online games, including first person shooter games, racing games and fighting games, among others, using the WORLD'S FASTEST GAMER™ trademark.

13. Since at least 2008, McAfee has invested significant time, money and resources to develop and foster the reputation, recognition and goodwill associated with the WORLDS FASTEST DRUMMER®, WORLD'S FASTEST GAMER™ and WFG™ family of trademarks.

4

McAfee's efforts include extensive advertising, a continuous online presence and promotion at industry trade shows.

14. Since at least 2008, McAfee has used the WORLDS FASTEST DRUMMER®, WORLD'S FASTEST GAMER™ of trademarks to identify itself as a provider of high-speed gaming competitions and online video games.

15. Through long term use and association with McAfee, McAfee has acquired common law trademark rights in the marks WORLD'S FASTEST GAMER™ and WFG™.

16. The WORLDS FASTEST DRUMMER®, WORLD'S FASTEST GAMER™ and WFG™ family of trademarks are widely recognized by consumers in the music and gaming industry, and have acquired substantial goodwill as trademarks identifying McAfee as the provider of the high-speed gaming competitions and online video games associated with the trademarks and McAfee.

17. On June 4, 2019, McAfee applied to the United States Patent and Trademark Office to register the WORLD'S FASTEST GAMER™ trademark, Application Serial No. 88,458,084. McAfee's application is pending.

18. On July 11, 2019, McAfee applied to the United States Patent and Trademark Office to register the WFG™ trademark, Application Serial No. 88,509,496. McAfee's application is pending.

19. Millennial, through its wholly-owned subsidiary IDEAS+CARS, recently began advertising and promoting an online video racing game competition called "World's Fastest Gamer." Millennial also often refers to the competition as the "WFG."

20. On May 28, 2019, a representative of Millennial contacted McAfee and inquired about purchasing McAfee's rights to the website domain www.worldsfastestgamer.com. On

June 4, 2019, counsel for McAfee advised a representative of Millennial of McAfee's prior and superior trademark rights in the mark WORLD'S FASTEST GAMER™.

21. On June 5, 2019, the day after being advised of McAfee's prior and superior rights, Millennial's wholly-owned subsidiary filed an intent-to-use trademark application to acquire rights to the mark WORLD'S FASTEST GAMER™, Application Serial No. 88,460,332, seeking registration of the mark for use in connection with "game services provided on-line from a computer network," clothing, gaming devices, energy drinks, films and TV documentaries, among other categories.

22. McAfee sent additional correspondence to Millennial demanding that it cease and desist any use of the mark WORLD'S FASTEST GAMER™ in connection with video games, esports competitions and television programs. Millennial has also established a website at the domain www.wfgamer.com where it promotes its esports racing competitions under the name "World's Fastest Gamer."

23. Millennial has ignored McAfee's demands and continues to use marks the marks WORLD'S FASTEST GAMER™ and WFG™ to designate and identify Millennial's esports racing competition.

24. Millennial's use of the mark WORLD'S FASTEST GAMER™ infringes McAfee's rights in the federally registered WORLDS FASTEST DRUMMER® trademark and McAfee's common law rights in the WORLD'S FASTEST GAMER™ trademark.

25. Millennial's use of the mark WFG™ infringes McAfee's common law rights in the WFG™ trademark.

26. Millennial's use of the WORLD'S FASTEST GAMER™ and WFG™ marks has caused and will continue to cause confusion among consumers and distributors in the online gaming community.

27. Millennial knew or should have known of McAfee's prior and superior rights at the time it began use of the WORLD'S FASTEST GAMER™ trademark.

28. Millennial's conduct as set forth herein has been and continues to be willful, deliberate and in bad faith.

## COUNT I

### REGISTERED TRADEMARK INFRINGEMENT

29. McAfee incorporates and realleges the allegations of Paragraphs 1-28.

30. Millennial's use of the WORLD'S FASTEST GAMER™ mark is likely to cause confusion with McAfee's registered trademark WORLDS FASTEST DRUMMER® and to mislead consumers and distributors of online gaming content and competitions as to the source and sponsorship of the online gaming content and competitions in violation of 15 U.S.C. § 1114.

31. Millennial's use of the WORLD'S FASTEST GAMER™ mark constitutes a false designation of origin and tends to falsely represent that Millennial's online gaming competitions originate from or were sponsored, approved, authorized or affiliated with McAfee in violation of 15 U.S.C. § 1114.

32. Millennial's conduct has caused injury and damages to McAfee and will continue to cause injury and damages if not enjoined.

## COUNT II

### COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

33. McAfee incorporates and realleges the allegations of Paragraphs 1-28.

34. Through long term use of over ten years, advertising, promotion and recognition in the industry, as set forth above, the WORLD'S FASTEST GAMER™ and WFG™ trademarks have come to be associated with McAfee as a designator of services provided by McAfee, namely, online gaming content and competitions.

35. Millennial's use of the WORLD'S FASTEST GAMER™ mark is likely to cause confusion with McAfee's common law trademark WORLDS FASTEST GAMER™ and to mislead consumers and distributors of online gaming content and competitions as to the source and sponsorship of the online gaming content and competitions in violation of 15 U.S.C. § 1125(a).

36. Millennial's use of the WFG™ mark is likely to cause confusion with McAfee's common law trademark WFG™ and to mislead consumers and distributors of online gaming content and competitions as to the source and sponsorship of the online gaming content and competitions in violation of 15 U.S.C. § 1125(a).

37. In addition to common law trademark infringement, Millennial's conduct constitutes unfair competition in violation of 15 U.S.C. § 1125(a).

38. Millennial's conduct has caused injury and damages to McAfee and will continue to cause injury and damages if not enjoined.

**PRAYER FOR RELIEF**

1. Enjoin Millennial, its agents, affiliates, subsidiaries, principals and all others in active concert with them to cease desist from any further use of the WORLD'S FASTEST GAMER™ and WFG™ marks or any confusingly similar marks;

8

2. Order Millennial to destroy all literature, advertising content and/or promotional material bearing the WORLD'S FASTEST GAMER™ and WFG™ marks or any confusingly similar marks;

3. Award to McAfee all profits made by Millennial from the use of the infringing WORLD'S FASTEST GAMER™ and WFG™ marks pursuant to 15 U.S.C. 1117(a).

4. Award to McAfee the damages it has suffered as a result of Millennial's use of the infringing WORLD'S FASTEST GAMER™ and WFG™ marks pursuant to 15 U.S.C. 1117(a).

5. Find this to be an exceptional case and award to McAfee its reasonable attorney fees pursuant to 15 U.S.C. § 1117(a).

6. Award to McAfee its costs in this action.

7. Award such other further relief that the Court deems just and proper.

**McAFEE DEMANDS TRIAL BY JURY**

Date: **July 31, 2019**          Respectfully submitted,

/s/ Anthony E. Dowell
Anthony E. Dowell
aedowell@mccauleydowell.com
McCAULLEY DOWELL
550 W. Washington Blvd., Suite 201
Chicago, IL 60661
Phone: (773) 687-9886

**ATTORNEYS FOR PLAINTIFF
MCAFEE ENTERPRISES, INC.**